```
-- *******************************************************************

United Sovereign Americans            September 4, 2024


        -- 1) Final for Lawsuit



--*********************************************************************************
--*****        Colorado Master Scorecard Script and Queries        *****
--*********************************************************************************


                    -- Query complete 00:39:24.450 Minutes/Seconds


--*****      Collection of Scorecard line item/records scripts and output      *****



--*********************************************************************************
--*****                  Housekeeping                  *****
--*********************************************************************************
DROP TABLE IF EXISTS colorado_scorecard_temp;  -- Drop before creating temp table
CREATE TEMPORARY TABLE colorado_scorecard_temp
        (scorecard_id varchar(100),
         data_element text,
         scorecard_counts bigint
         );


--***** Call Procedures *********************************************************


-- Group One Records for line item results for .csv output
--(Voter Roll Only)
CREATE OR REPLACE PROCEDURE create_suspect_records_file()
```

```
AS $$

BEGIN

        DROP TABLE IF EXISTS suspect_records_scorecard_temp; -- Drop before creating temp
table

        CREATE TEMPORARY TABLE suspect_records_scorecard_temp

                (scorecard_id varchar(100),

                 data_element text,

                 scorecard_counts varchar(1),

                VOTER_ID  varchar(9),

                COUNTY_CODE varchar(2),

                COUNTY text,

                LAST_NAME text,

                FIRST_NAME text,

                MIDDLE_NAME text,

                NAME_SUFFIX text,

                VOTER_NAME text,

                STATUS_CODE varchar(1),

                PRECINCT_NAME varchar(10),

                ADDRESS_LIBRARY_ID varchar(9),

                HOUSE_NUM text,

                HOUSE_SUFFIX text,

                PRE_DIR text,

                STREET_NAME text,

                STREET_TYPE text,

                POST_DIR text,

                UNIT_TYPE text,

                UNIT_NUM text,

                RESIDENTIAL_ADDRESS text,

                RESIDENTIAL_CITY text,
```

RESIDENTIAL_STATE varchar(2),

RESIDENTIAL_ZIP_CODE varchar(5),

RESIDENTIAL_ZIP_PLUS varchar(4),

EFFECTIVE_DATE date,

REGISTRATION_DATE date,

STATUS varchar(8),

STATUS_REASON text,

BIRTH_YEAR smallint,

GENDER text,

PRECINCT varchar(10),

SPLIT text,

VOTER_STATUS_ID varchar(1),

PARTY varchar(3),

PREFERENCE varchar(3),

PARTY_AFFILIATION_DATE date,

PHONE_NUM text,

MAIL_ADDR_1 text,

MAIL_ADDR_2 text,

MAIL_ADDR_3 text,

MAILING_CITY text,

MAILING_STATE varchar(2),

MAILING_ZIP_CODE varchar(5),

MAILING_ZIP_PLUS varchar(4),

MAILING_COUNTRY text,

SPL_ID text,

PERMANENT_MAIL_IN_VOTER varchar(3),

CONGRESSIONAL text,

STATE_SENATE text,

STATE_HOUSE text,

```
            ID_REQUIRED varchar(1)

                );
RAISE NOTICE 'suspect_records_scorecard_temp created';

END;

$$

LANGUAGE plpgsql;


-- Group One Records for line item results for .csv output

--(Voter Roll Only- with AVR Column)

CREATE OR REPLACE PROCEDURE create_suspect_records_file_avr()

AS $$

BEGIN

        DROP TABLE IF EXISTS suspect_records_scorecard_temp; -- Drop before creating temp
table

        CREATE TEMPORARY TABLE suspect_records_scorecard_temp

                (scorecard_id varchar(100),

                 data_element text,

                 scorecard_counts varchar(1),

                VOTER_ID  varchar(9),

                COUNTY_CODE varchar(2),

                COUNTY text,

                LAST_NAME text,

                FIRST_NAME text,

                MIDDLE_NAME text,

                NAME_SUFFIX text,

                VOTER_NAME text,

                STATUS_CODE varchar(1),

                PRECINCT_NAME varchar(10),

                ADDRESS_LIBRARY_ID varchar(9),
```

HOUSE_NUM text,

HOUSE_SUFFIX text,

PRE_DIR text,

STREET_NAME text,

STREET_TYPE text,

POST_DIR text,

UNIT_TYPE text,

UNIT_NUM text,

RESIDENTIAL_ADDRESS text,

RESIDENTIAL_CITY text,

RESIDENTIAL_STATE varchar(2),

RESIDENTIAL_ZIP_CODE varchar(5),

RESIDENTIAL_ZIP_PLUS varchar(4),

EFFECTIVE_DATE date,

REGISTRATION_DATE date,

STATUS varchar(8),

STATUS_REASON text,

BIRTH_YEAR varchar(4),

GENDER text,

PRECINCT varchar(10),

SPLIT text,

VOTER_STATUS_ID varchar(1),

PARTY varchar(3),

PREFERENCE varchar(3),

PARTY_AFFILIATION_DATE date,

PHONE_NUM text,

MAIL_ADDR_1 text,

MAIL_ADDR_2 text,

MAIL_ADDR_3 text,

```
                MAILING_CITY text,

                MAILING_STATE varchar(2),

                MAILING_ZIP_CODE varchar(5),

                MAILING_ZIP_PLUS varchar(4),

                MAILING_COUNTRY text,

                SPL_ID text,

                PERMANENT_MAIL_IN_VOTER varchar(3),

                CONGRESSIONAL text,

                STATE_SENATE text,

                STATE_HOUSE text,

                ID_REQUIRED varchar(1),

                AVR varchar(1)

        );
RAISE NOTICE 'suspect_records_scorecard_temp created';

END;

$$

LANGUAGE plpgsql;


-- Group One Records for line item results for .csv output

--(Voter Roll and History - first and last election_date)

CREATE OR REPLACE PROCEDURE create_suspect_records_file_vh()

AS $$

BEGIN

        DROP TABLE IF EXISTS suspect_records_scorecard_temp; -- Drop before creating temp
table

        CREATE TEMPORARY TABLE suspect_records_scorecard_temp

                (scorecard_id varchar(100),

                 data_element text,

                 scorecard_counts varchar(1),
```

```
VOTER_ID  varchar(9),

COUNTY_CODE varchar(2),

COUNTY text,

LAST_NAME text,

FIRST_NAME text,

MIDDLE_NAME text,

NAME_SUFFIX text,

VOTER_NAME text,

STATUS_CODE varchar(1),

PRECINCT_NAME varchar(10),

ADDRESS_LIBRARY_ID varchar(9),

HOUSE_NUM text,

HOUSE_SUFFIX text,

PRE_DIR text,

STREET_NAME text,

STREET_TYPE text,

POST_DIR text,

UNIT_TYPE text,

UNIT_NUM text,

RESIDENTIAL_ADDRESS text,

RESIDENTIAL_CITY text,

RESIDENTIAL_STATE varchar(2),

RESIDENTIAL_ZIP_CODE varchar(5),

RESIDENTIAL_ZIP_PLUS varchar(4),

EFFECTIVE_DATE date,

REGISTRATION_DATE date,

first_vote_date date,

last_vote_date date,

STATUS varchar(8),
```

```
            STATUS_REASON text,

            BIRTH_YEAR smallint,

            GENDER text,

            PRECINCT varchar(10),

            SPLIT text,

            VOTER_STATUS_ID varchar(1),

            PARTY varchar(3),

            PREFERENCE varchar(3),

            PARTY_AFFILIATION_DATE date,

            PHONE_NUM text,

            MAIL_ADDR_1 text,

            MAIL_ADDR_2 text,

            MAIL_ADDR_3 text,

            MAILING_CITY text,

            MAILING_STATE varchar(2),

            MAILING_ZIP_CODE varchar(5),

            MAILING_ZIP_PLUS varchar(4),

            MAILING_COUNTRY text,

            SPL_ID text,

            PERMANENT_MAIL_IN_VOTER varchar(3),

            CONGRESSIONAL text,

            STATE_SENATE text,

            STATE_HOUSE text,

            ID_REQUIRED varchar(1)

             );
RAISE NOTICE 'suspect_records_scorecard_temp created';

END;

$$

LANGUAGE plpgsql;
```

```sql
-- Group Two Records for line item results for .csv output

--(Voter Roll joined to History - ALL Fields)

CREATE OR REPLACE PROCEDURE create_suspect_records_file_vh_all()

AS $$

BEGIN

        DROP TABLE IF EXISTS suspect_records_scorecard_temp; -- Drop before creating temp
table

        CREATE TEMPORARY TABLE suspect_records_scorecard_temp

                (scorecard_id varchar(100),

                 data_element text,

                 scorecard_counts varchar(1),

                VOTER_ID  varchar(9),

                COUNTY_CODE varchar(2),

                COUNTY text,

                LAST_NAME text,

                FIRST_NAME text,

                MIDDLE_NAME text,

                NAME_SUFFIX text,

                VOTER_NAME text,

                STATUS_CODE varchar(1),

                PRECINCT_NAME varchar(10),

                ADDRESS_LIBRARY_ID varchar(9),

                HOUSE_NUM text,

                HOUSE_SUFFIX text,

                PRE_DIR text,

                STREET_NAME text,

                STREET_TYPE text,

                POST_DIR text,
```

```
UNIT_TYPE text,

UNIT_NUM text,

RESIDENTIAL_ADDRESS text,

RESIDENTIAL_CITY text,

RESIDENTIAL_STATE varchar(2),

RESIDENTIAL_ZIP_CODE varchar(5),

RESIDENTIAL_ZIP_PLUS varchar(4),

EFFECTIVE_DATE date,

REGISTRATION_DATE date,

STATUS varchar(8),

STATUS_REASON text,

BIRTH_YEAR smallint,

GENDER text,

PRECINCT varchar(10),

SPLIT text,

VOTER_STATUS_ID varchar(1),

PARTY varchar(3),

PREFERENCE varchar(3),

PARTY_AFFILIATION_DATE date,

PHONE_NUM text,

MAIL_ADDR_1 text,

MAIL_ADDR_2 text,

MAIL_ADDR_3 text,

MAILING_CITY text,

MAILING_STATE varchar(2),

MAILING_ZIP_CODE varchar(5),

MAILING_ZIP_PLUS varchar(4),

MAILING_COUNTRY text,

SPL_ID text,
```

```
            PERMANENT_MAIL_IN_VOTER varchar(3),

            CONGRESSIONAL text,

            STATE_SENATE text,

            STATE_HOUSE text,

            ID_REQUIRED varchar(1),

                    voter_hist_id varchar(9),

                    election_type text,

                    election_date date,

                    election_description text,

                    voting_method text,

                    vh_party text,

                    county_name text

            );
RAISE NOTICE 'suspect_records_scorecard_temp created';

END;

$$

LANGUAGE plpgsql;


-- Group Two Records for line item results for .csv output

--(Voter Roll - with AVR Column joined to History)

CREATE OR REPLACE PROCEDURE create_suspect_records_file_avr_vh_all()

AS $$

BEGIN

        DROP TABLE IF EXISTS suspect_records_scorecard_temp; -- Drop before creating temp
table

        CREATE TEMPORARY TABLE suspect_records_scorecard_temp

                (scorecard_id varchar(100),

                 data_element text,

                 scorecard_counts varchar(1),
```

VOTER_ID  varchar(9),

COUNTY_CODE varchar(2),

COUNTY text,

LAST_NAME text,

FIRST_NAME text,

MIDDLE_NAME text,

NAME_SUFFIX text,

VOTER_NAME text,

STATUS_CODE varchar(1),

PRECINCT_NAME varchar(10),

ADDRESS_LIBRARY_ID varchar(9),

HOUSE_NUM text,

HOUSE_SUFFIX text,

PRE_DIR text,

STREET_NAME text,

STREET_TYPE text,

POST_DIR text,

UNIT_TYPE text,

UNIT_NUM text,

RESIDENTIAL_ADDRESS text,

RESIDENTIAL_CITY text,

RESIDENTIAL_STATE varchar(2),

RESIDENTIAL_ZIP_CODE varchar(5),

RESIDENTIAL_ZIP_PLUS varchar(4),

EFFECTIVE_DATE date,

REGISTRATION_DATE date,

STATUS varchar(8),

STATUS_REASON text,

BIRTH_YEAR varchar(4),

GENDER text,

PRECINCT varchar(10),

SPLIT text,

VOTER_STATUS_ID varchar(1),

PARTY varchar(3),

PREFERENCE varchar(3),

PARTY_AFFILIATION_DATE date,

PHONE_NUM text,

MAIL_ADDR_1 text,

MAIL_ADDR_2 text,

MAIL_ADDR_3 text,

MAILING_CITY text,

MAILING_STATE varchar(2),

MAILING_ZIP_CODE varchar(5),

MAILING_ZIP_PLUS varchar(4),

MAILING_COUNTRY text,

SPL_ID text,

PERMANENT_MAIL_IN_VOTER varchar(3),

CONGRESSIONAL text,

STATE_SENATE text,

STATE_HOUSE text,

ID_REQUIRED varchar(1),

AVR varchar(1),

voter_hist_id varchar(9),

election_type text,

election_date date,

election_description text,

voting_method text,

vh_party text,

```
                county_name text
        );
RAISE NOTICE 'suspect_records_scorecard_temp created';
END;
$$
LANGUAGE plpgsql;


-- Group Two Records for line item results for .csv output
--(Voter History ONLY)
CREATE OR REPLACE PROCEDURE create_suspect_records_file_only_vh_all()
AS $$
BEGIN
        DROP TABLE IF EXISTS suspect_records_scorecard_temp; -- Drop before creating temp
table
        CREATE TEMPORARY TABLE suspect_records_scorecard_temp
                (scorecard_id varchar(100),
                 data_element text,
                 scorecard_counts varchar(1),
                  VOTER_ID  varchar(9),
                        election_type text,
                        election_date date,
                        election_description text,
                        voting_method text,
                        party text,
                        county_name text
                );
RAISE NOTICE 'suspect_records_scorecard_temp created';
END;
$$
```

LANGUAGE plpgsql;

```
--************************************************************************
--*****          GROUP 1 Seemingly Illegal Registrations        *****
--************************************************************************
-- 4,284,387 voters registered in the Colorado October 2022 Voter Roll
--!!    -- File Purchased from Secretary of State office 2022 12 VR CO.csv (2022 10 VR CO, 2022 11
VR CO)


        -- NOT USED USA-CO1-01-01-DUP-Master Scorecard Script.sql
         -- voter registration records with different voter ID
                -- Identical first name, last name, birth year, address having two voter IDs
                -- 822 Records from co_vr_12_2022 (564 from co_vr_10_2022, 662 from
co_vr_11_2022)
                -- Laws Impacted:
                        /*HAVA Sec 303(a)(2)(B)(iii) "The list maintenance performed under
subparagraph (A)
                        shall be conducted in a manner that ensures that duplicate names are
eliminated
                        from the computerized list."*/
        -- USA-CO1-01-02-DUP-Master Scorecard Script.sql
         -- voter registration records same name and birth year with duplicaate voter IDs
                -- Identical first name, middle name, last name, suffix, birth year;
                        -- address/location different
                -- 13,586 Records from co_vr_12_2022 (??? from co_vr_10_2022, ??? from
co_vr_11_2022)
                -- Laws Impacted:
        -- USA-CO1-02-02-IDT-Master Scorecard Script.sql
         -- Effective date before registration date
```

-- Registrations with Effective date before registraton date

-- 12 Records from co_vr_12_2022 (12 from co_vr_10_2022, 10 from co_vr_11_2022)

-- Laws Impacted:

-- USA-CO1-03-01-IDT-Master Scorecard Script.sql

-- Voted before Registered

-- Registrations voted having an Election date before there Registraton date

-- 1,068,177 Records from co_vr_12_2022 (1,050,604 from co_vr_10_2022, 1,063,754 from co_vr_11_2022)

-- Laws Impacted:

-- USA-CO1-04-01-IDT-Master Scorecard Script.sql

-- Effective date same as registration date with "Inactive" status (Never "Active")

-- Note that status reason is "Returned Mail or Undeliverable Ballot"

-- 4,183 Records from co_vr_12_2022 (4220 from co_vr_10_2022, 4210 from co_vr_11_2022)

-- Laws Impacted:

-- USA-CO1-04-02-IDT-Master Scorecard Script.sql

-- Determine Voters not voting in two Federal Elections

-- () Records Alternate ??? (292,396)

-- 310,000 Records from co_vr_12_2022 (304,680 from co_vr_10_2022, 294,367 from co_vr_11_2022)

--***** Logic and Law Criteria *************************************

-- 1) Voter did not vote in two Federal elections: 2020-11-03 and 2022-11-08

-- 2) Has "I" Inactive Status

-- 3) Registered prior to first Federal election: 2020-11-03

-- 4) ???? Alternate: Was not reported by NCOA during the NVRA 90 day window before an election

--2020-08-05 through 2020-11-03

-- Laws Impacted:

-- USA-CO1-06-01-DOB-Master Scorecard Script.sql

-- Age discrepant Registrants that are older than 115 years

-- Records where Birth Years result in registrant being 115 or older

-- 146 Records from co_vr_12_2022 (157 from co_vr_10_2022, 147 from co_vr_11_2022)

-- Laws Impacted:

-- USA-CO1-09-01-RTD-Master Scorecard Script.sql

-- January 1st registration date years 1901-2022

-- 1,318 Records from co_vr_12_2022 (1,344 from co_vr_10_2022, 1,323 from co_vr_11_2022)

-- Laws Impacted:

-- USA-CO1-09-02-RTD-Master Scorecard Script.sql

-- Back dated registrations

-- Registrations in co_vr_09_2023 not appearing in previous voter rolls

-- 34,576 Records from co_vr_12_2022 (98,799 from co_vr_10_2022, 40,438 from co_vr_11_2022)

-- Laws Impacted:

-- USA-CO1-11-02-SUS-Master Scorecard Script.sql****************************************

-- Votes Deleted from Voter History between 12/1/2022 and 11/07/2023

-- 35,112 Vote Records deleted from 11-08-2022 General Election

-- In EX-002_vote_hist_1212022_1354 deleted in ex_002_vote_hist_1172023

-- Laws Impacted:

-- USA-CO1-11-03-SUS-Master Scorecard Script.sql****************************************

-- Votes Deleted from Voter History between 12/1/2022 and 11/07/2023

-- 279 Vote Records added to 11-08-2022 General Election

-- Not in EX-002_vote_hist_1212022_1354 added to ex_002_vote_hist_1172023

-- Laws Impacted:


-- Results are exported to these files:

-- colorado_scorecard_temp.csv

-- suspect_records_scorecard_temp... to .csv file for each line item query

```
/*
-- NOT USED USA-CO1-01-01-DUP-Master Scorecard Script.sql
*****************************************
-- Write to scorecard item file
DROP TABLE IF EXISTS record_temp; -- Drop before creating temp table
-- Line item results table for output
CREATE TEMPORARY TABLE record_temp
        (scorecard_id varchar(100),
         data_element text,
        last_name text,
        first_name text,
         birth_year smallint,
         residential_address text,
         residential_city text,
         scorecard_counts bigint
        );
INSERT INTO record_temp
        (scorecard_id, data_element,
         last_name, first_name, birth_year, residential_address, residential_city, scorecard_counts)
SELECT DISTINCT
                'USA-CO1-01-01-DUP-Master Scorecard Script.sql', 'Multiple voter records with
different voter ID',
                last_name, first_name, birth_year, residential_address, residential_city, COUNT(*)
        FROM co_vr_12_2022  --FROM co_vr_10_2022 --FROM co_vr_11_2022
        GROUP BY last_name, first_name, birth_year, residential_address, residential_city HAVING
COUNT (*) > 1
   ORDER BY COUNT (*) desc;


-- Write to scorecard item file
```

```
INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT          'USA-CO1-01-01-DUP-Master Scorecard Script.sql',

                'Multiple voter records same name and location with different voter ID',

                COUNT(*) * 2 AS duplicate_counts

        FROM record_temp

        WHERE scorecard_id = 'USA-CO1-01-01-DUP-Master Scorecard Script.sql';


--SELECT * FROM suspect_records_temp;  -- 822


-- Write to suspect records from join

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO1_01_01_DUP()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                 VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

                 STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

                 STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

                 RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,
```

```
                    EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

                    PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

                    MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

                    MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

                    STATE_SENATE, STATE_HOUSE, ID_REQUIRED)

        SELECT 'USA-CO1-01-01-DUP-Master Scorecard Script.sql',

                    'Multiple voter records with different voter ID', 1, r.*

            --FROM co_vr_10_2022 JOIN record_temp

            --FROM co_vr_11_2022 JOIN record_temp

            FROM co_vr_12_2022 r JOIN record_temp

        USING (last_name, first_name, birth_year, residential_address, residential_city)

        ORDER BY r.last_name ASC, r.first_name ASC; --ORDER BY co_vr_10_2022.last_name ASC;
--ORDER BY co_vr_11_2022.last_name ASC;

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO1_01_01_DUP();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
One\USA_CO1_01_01_DUP_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


*/
```

```
-- USA-CO1-01-02-DUP-Master Scorecard Script.sql *****************************************

DROP TABLE IF EXISTS votername_temp;  -- Drop before creating temp table

DROP TABLE IF EXISTS suspect_records_temp; -- Drop before creating temp table


CREATE TEMPORARY TABLE votername_temp

        (

        votername text,

        VOTER_ID  varchar(9),

        LAST_NAME text,

        FIRST_NAME text,

        MIDDLE_NAME text,

        NAME_SUFFIX text,

        REGISTRATION_DATE date,

        BIRTH_YEAR smallint

        );

--Records for line item results for output

CREATE TEMPORARY TABLE suspect_records_temp

        (

        scorecard_id varchar(100),

        data_element text,

        scorecard_counts bigint,

        --copy_count bigint,

        votername text,

        VOTER_ID  varchar(9),

        LAST_NAME text,

        FIRST_NAME text,

        MIDDLE_NAME text,

        NAME_SUFFIX text,
```

```
        REGISTRATION_DATE date,

        BIRTH_YEAR smallint

         );


INSERT INTO votername_temp

SELECT

        CONCAT(Last_Name, First_Name, Middle_Name, Name_Suffix, CAST(Birth_Year AS
VARCHAR(4)))

        AS Votername, voter_id, last_name, first_name, middle_name, name_suffix,

                registration_date, birth_year

FROM co_vr_12_2022;

WITH CTE1 AS (

SELECT Votername, COUNT(*) AS VoterCount

FROM votername_temp

GROUP BY Votername

Having COUNT(*) > 1)

INSERT INTO suspect_records_temp

        (

        scorecard_id,

        data_element,

        scorecard_counts,

        --copy_count,

        votername,

        VOTER_ID,

        LAST_NAME,

        FIRST_NAME,

        MIDDLE_NAME,

        NAME_SUFFIX,

        REGISTRATION_DATE,
```

```
        BIRTH_YEAR

        )
SELECT 'USA-CO1-01-02-DUP-Master Scorecard Script.sql',

        'Multiple voter records same name with different location and voter ID',

        b.VoterCount AS scorecard_counts,

        a.*

FROM votername_temp a

FULL OUTER JOIN CTE1 b

ON a.Votername = b.Votername

WHERE b.Votername IS NOT NULL

ORDER BY b.VoterCount DESC, a.Votername ASC, a.Registration_Date DESC;


--SELECT * FROM suspect_records_temp;  -- 13,586


-- Write to scorecard item file
INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT        'USA-CO1-01-02-DUP-Master Scorecard Script.sql',

        'Multiple voter records same name with different location and voter ID',

        COUNT(*) AS multiple_counts

        FROM suspect_records_temp;


-- Write to suspect records from join

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO1_01_02_DUP()
```

```
AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

                STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

                STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

                RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

                EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

                PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

                MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

                MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

                STATE_SENATE, STATE_HOUSE, ID_REQUIRED)

        SELECT 'USA-CO1-01-02-DUP-Master Scorecard Script.sql',

                'Multiple voter records same name with different location and voter ID', 1, r.*

                --FROM co_vr_10_2022 JOIN record_temp

                --FROM co_vr_11_2022 JOIN record_temp

        FROM co_vr_12_2022 r JOIN suspect_records_temp s

        ON r.voter_id = s.voter_id

        ORDER BY r.last_name ASC, r.first_name ASC; --ORDER BY co_vr_10_2022.last_name ASC;
--ORDER BY co_vr_11_2022.last_name ASC;

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$
```

```
LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO1_01_02_DUP();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
One\USA_CO1_01_02_DUP_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO1-02-02-IDT-Master Scorecard Script.sql ****************************************

-- Write to scorecard item file

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT 'USA-CO1-02-02-IDT-Master Scorecard Script.sql',

                'Effective date before registration date',

                COUNT(*) AS Date_counts

FROM co_vr_12_2022  --FROM co_vr_10_2022  --FROM co_vr_11_2022

WHERE registration_date > effective_date;


-- Write to suspect records

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO1_02_02_DUP()

AS $$

BEGIN
```

```
INSERT INTO suspect_records_scorecard_temp

        (scorecard_id, data_element, scorecard_counts,

        VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

        STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

        STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

        RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

        EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

        PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

        MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

        MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

        STATE_SENATE, STATE_HOUSE, ID_REQUIRED)

    SELECT 'USA-CO1-02-02-IDT-Master Scorecard Script.sql',

        'Effective date before registration date', 1, r.*

        --FROM co_vr_10_2022 JOIN record_temp

        --FROM co_vr_11_2022 JOIN record_temp

    FROM co_vr_12_2022 r

    WHERE registration_date > effective_date;

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO1_02_02_DUP();
```

```
COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
One\USA_CO1_02_02_DUP_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO1-03-01-IDT-Master Scorecard Script.sql ****************************************

DROP TABLE IF EXISTS election_temp;  -- Drop before creating temp table

-- Voters Registration Date, First and Last Vote Dates

CREATE TEMPORARY TABLE election_temp

        (

        voter_id varchar(9),

        registration_date date,

        maxdate date,

        mindate date,

        voter_name text

        );

-- Determine Voted prior to Registration Date

-- Registration with some votes prior to registration date and

-- possibly some on or after the registration date

WITH CTE1 AS (SELECT a.voter_id,

MAX(b.election_date) AS MaxDate,

MIN(b.election_date) AS MinDate,

COUNT(b.election_date) AS VoteCount

FROM co_vr_12_2022 AS a      --FROM co_vr_10_2022 AS a  --FROM co_vr_11_2022 AS a

JOIN ex_002_vote_hist_1212022_1354 AS b

ON b.voter_id = a.voter_id

GROUP BY a.voter_id),

CTE2 AS (
```

```sql
SELECT c.MaxDate,

c.MinDate,

d.*

FROM CTE1 AS c

JOIN co_vr_12_2022 AS d        --JOIN co_vr_10_2022 AS d  --JOIN co_vr_11_2022 AS d

ON c.voter_id = d.voter_id)

INSERT INTO election_temp (voter_id, registration_date, MaxDate, MinDate, voter_name)

SELECT voter_id, registration_date, MaxDate, MinDate, voter_name

FROM CTE2

WHERE MinDate < registration_date

AND (MaxDate > registration_date

OR MaxDate = registration_date);


INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT 'USA-CO1-03-01-IDT-Master Scorecard Script.sql',

        'Voted before Registration Date',

                COUNT(*) AS vote_before_counts

FROM election_temp;


-- Write to suspect records from join (Voter Roll and History First and Last Dates)

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file_vh();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO1_03_01_IDT()

AS $$

BEGIN
```

```
INSERT INTO suspect_records_scorecard_temp

        (scorecard_id, data_element, scorecard_counts,

         VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

         STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

         STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

         RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

         EFFECTIVE_DATE, REGISTRATION_DATE, first_vote_date, last_vote_date, STATUS,
STATUS_REASON, BIRTH_YEAR, GENDER,

         PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

         MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

         MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

         STATE_SENATE, STATE_HOUSE, ID_REQUIRED)

    SELECT 'USA-CO1-03-01-IDT-Master Scorecard Script.sql',

         'Voted before Registration Date', 1, r.VOTER_ID, COUNTY_CODE, COUNTY,

         LAST_NAME, FIRST_NAME, MIDDLE_NAME, NAME_SUFFIX, r.VOTER_NAME,

         STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

         STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

         RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

         EFFECTIVE_DATE, r.REGISTRATION_DATE, e.mindate, e.maxdate, STATUS,
STATUS_REASON, BIRTH_YEAR, GENDER,

         PRECINCT, SPLIT, VOTER_STATUS_ID, r.PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

         MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,
```

```
                    MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

                STATE_SENATE, STATE_HOUSE, ID_REQUIRED

                --FROM co_vr_10_2022 r JOIN election_temp e

                --FROM co_vr_11_2022 r JOIN election_temp e

        FROM co_vr_12_2022 r JOIN election_temp e

        ON r.voter_id = e.voter_id

        ORDER BY r.voter_id ASC;
RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO1_03_01_IDT();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
One\USA_CO1_03_01_IDT_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO1-04-01-IDT-Master Scorecard Script.sql ****************************************

-- Note status reason is "Returned Mail or Undeliverable Ballot"

-- effective_date same as registration date and 'Inactive'

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT 'USA-CO1-04-01-IDT-Master Scorecard Script.sql',
```

```
                    'inactive effective_date same as registration date',

                    COUNT(*) AS inactive_counts

FROM co_vr_12_2022  --FROM co_vr_10_2022  --FROM co_vr_11_2022

WHERE registration_date = effective_date

        AND status_code = 'I';


-- Write to suspect records

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO1_04_01_IDT()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                 VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

                 STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

                 STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

                 RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

                 EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

                 PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

                 MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

                 MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

                 STATE_SENATE, STATE_HOUSE, ID_REQUIRED)
```

```
          SELECT 'USA-CO1-04-01-IDT-Master Scorecard Script.sql',

                    'inactive effective_date same as registration date', 1, r.*

FROM co_vr_12_2022 r  --FROM co_vr_10_2022  --FROM co_vr_11_2022

WHERE registration_date = effective_date

          AND status_code = 'I';

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO1_04_01_IDT();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
One\USA_CO1_04_01_IDT_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO1-04-02-IDT-Master Scorecard Script.sql*******************************************

-- Create Temp Files for processing

DROP TABLE IF EXISTS voter_temp;  -- Drop before creating temp table

-- Voters in either 2020-11-03 and 2022-11-08 elections table (negates non-vote)

CREATE TEMPORARY TABLE voter_temp

          (

           VOTER_ID varchar(9),

           county text,

           voter_name text,

           status_code varchar(1),

           effective_date date,
```

```
        registration_date date,

        birth_year smallint,

        status varchar(8),

        status_reason text

    );
-- Create Temp Files for processing
DROP TABLE IF EXISTS either_election_temp;  -- Drop before creating temp table
-- Voters in either 2020-11-03 and 2022-11-08 elections table (negates non-vote)
CREATE TEMPORARY TABLE either_election_temp

        (

        VOTER_ID varchar(9),

        ELECTION_DATE date

        );
DROP TABLE IF EXISTS neither_election_temp;  -- Drop before creating temp table
-- Voters in neither 2020-11-03 and 2022-11-08 elections table (non-vote in two elections)
CREATE TEMPORARY TABLE neither_election_temp

        (

        VOTER_ID varchar(9)

        );
--Write Voters registered before or on 2020-11-03 and have "I" Inactive status table
INSERT INTO voter_temp

        (

        VOTER_ID,

        county,

        voter_name,

        status_code,

        effective_date,

        registration_date,

        birth_year,
```

```
        status,

        status_reason

        )

SELECT VOTER_ID, county, voter_name, status_code, effective_date, registration_date,

        birth_year, status, status_reason

FROM co_vr_12_2022  --FROM co_vr_10_2022  --FROM co_vr_11_2022

WHERE registration_date <= '2020-11-03'  --'2020-08-04' (includes 90 day window before an
election

                                              -- 2020-08-05 through
2020-11-03) 292,396 Records

        AND status_code = 'I';

--Write Voters voting in either 2020-11-03 or 2022-11-08 elections table

INSERT INTO either_election_temp

        (voter_id,

        election_date

        )

SELECT voter_id, election_date

FROM ex_002_vote_hist_1212022_1354

WHERE election_date = '2022-11-08'

        OR election_date = '2020-11-03';

--Write EXCEPT JOIN Voter Roll and either_election_temp to determine voter with neither election
dates

INSERT INTO neither_election_temp

        (voter_id)

SELECT voter_id FROM voter_temp

EXCEPT

SELECT voter_id FROM either_election_temp AS non_vote

ORDER BY voter_id;

-- Write to scorecard item file

 -- Voters not voting in two Federal Elections *****
```

```
INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT          'USA-CO1-04-02-IDT-Master Scorecard Script.sql',

                'Voters not voting in two Federal Elections',

                COUNT(*) AS not_voted_counts

        FROM neither_election_temp;


-- Write to suspect records

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO1_04_02_IDT()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                 VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

                 STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

                 STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

                 RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

                 EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

                 PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,
```

```
                MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

                MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

                STATE_SENATE, STATE_HOUSE, ID_REQUIRED)

        SELECT 'USA-CO1-04-02-IDT-Master Scorecard Script.sql',

                'Voters not voting in two Federal Elections', 1, r.*

FROM co_vr_12_2022 r  --FROM co_vr_10_2022  --FROM co_vr_11_2022

JOIN neither_election_temp n

ON r.voter_ID = n.voter_id

ORDER BY r.voter_id;

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO1_04_02_IDT();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
One\USA_CO1_04_02_IDT_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO1-06-01-DOB-Master Scorecard Script.sql*****************************************

-- Write to scorecard item file

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)
```

```
SELECT 'USA-CO1-06-01-DOB-Master Scorecard Script.sql',

        'Age discrepant registrants that are older than 115 years',

            COUNT(*) AS Age_counts

FROM co_vr_12_2022  --FROM co_vr_10_2022  --FROM co_vr_11_2022

WHERE CAST(birth_year AS integer) < 1918;


-- Write to suspect records

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO1_06_01_DOB()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                 VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

                 STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

                 STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

                 RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

                 EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

                 PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

                 MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

                 MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

                 STATE_SENATE, STATE_HOUSE, ID_REQUIRED)
```

```
        SELECT 'USA-CO1-06-01-DOB-Master Scorecard Script.sql',
            'Age discrepant registrants that are older than 115 years', 1, r.*
        FROM co_vr_12_2022 r  --FROM co_vr_10_2022  --FROM co_vr_11_2022
        WHERE CAST(birth_year AS integer) < 1918
        ORDER BY r.birth_year ASC;
RAISE NOTICE 'suspect_records_scorecard_temp written';
END;
$$
LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file
CALL write_suspect_records_file_USA_CO1_06_01_DOB();


COPY suspect_records_scorecard_temp
TO 'C:\Users\Public\Downloads\Suspect Records Group
One\USA_CO1_06_01_DOB_suspect_records.csv'
WITH (FORMAT CSV, HEADER);


-- USA-CO1-09-01-RTD-Master Scorecard Script.sql****************************************
-- Write to scorecard item file
INSERT INTO colorado_scorecard_temp
        (scorecard_id,
        data_element,
        scorecard_counts)
SELECT 'USA-CO1-09-01-RTD-Master Scorecard Script.sql',
        'January 1st registration date years 1901-2022',
            COUNT(*) AS under_age_18_counts
FROM co_vr_12_2022  --FROM co_vr_10_2022  --FROM co_vr_11_2022
WHERE DATE_PART ('month', registration_date) = 1
```

```
        AND DATE_PART ('day', registration_date) = 1

        AND registration_date > '1900-01-01'

        AND registration_date <= '2022-01-01';


-- Write to suspect records

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO1_09_01_RTD()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                 VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

                 STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

                 STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

                 RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

                 EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

                 PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

                 MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

                 MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

                 STATE_SENATE, STATE_HOUSE, ID_REQUIRED)

        SELECT 'USA-CO1-09-01-RTD-Master Scorecard Script.sql',

            'January 1st registration date years 1901-2022', 1, r.*
```

```sql
FROM co_vr_12_2022 r  --FROM co_vr_10_2022  --FROM co_vr_11_2022
WHERE DATE_PART ('month', registration_date) = 1
        AND DATE_PART ('day', registration_date) = 1
        AND registration_date > '1900-01-01'
        AND registration_date <= '2022-01-01'
        ORDER BY r.birth_year ASC;
RAISE NOTICE 'suspect_records_scorecard_temp written';
END;
$$
LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file
CALL write_suspect_records_file_USA_CO1_09_01_RTD();


COPY suspect_records_scorecard_temp
TO 'C:\Users\Public\Downloads\Suspect Records Group
One\USA_CO1_09_01_RTD_suspect_records.csv'
WITH (FORMAT CSV, HEADER);


-- USA-CO1-09-02-RTD-Master Scorecard Script.sql****************************************
-- Write to scorecard item file
INSERT INTO colorado_scorecard_temp
        (scorecard_id,
        data_element,
        scorecard_counts)
SELECT 'USA-CO1-09-02-RTD-Master Scorecard Script.sql',
         'Back dated registrations',
                COUNT(*) AS Backdated_counts
FROM co_vr_09_2023 a
```

```
FULL OUTER JOIN co_vr_12_2022 b  -- FULL OUTER JOIN co_vr_10_2022 b  -- FULL OUTER JOIN
co_vr_11_2022 b

ON b.voter_id = a.voter_id

WHERE b.voter_id is NULL

AND a.Registration_Date < '2022-11-08';


-- Write to suspect records

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file_avr();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO1_09_02_RTD()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                 VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

                 STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

                 STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

                 RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

                 EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

                 PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

                 MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

                 MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

                 STATE_SENATE, STATE_HOUSE, ID_REQUIRED, avr)
```

```
SELECT 'USA-CO1-09-02-RTD-Master Scorecard Script.sql',

    'Back dated registrations', 1, a.*

FROM co_vr_09_2023 a

FULL OUTER JOIN co_vr_12_2022 b  -- FULL OUTER JOIN co_vr_10_2022 b  -- FULL OUTER
JOIN co_vr_11_2022 b

ON b.voter_id = a.voter_id

WHERE b.voter_id is NULL

AND a.Registration_Date < '2022-11-08'

ORDER BY b.birth_year ASC;
```

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO1_09_02_RTD();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
One\USA_CO1_09_02_RTD_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO1-11-02-SUS-Master Scorecard Script.sql*****************************************

-- Write to scorecard item file

DROP TABLE IF EXISTS vote_in_history;

DROP TABLE IF EXISTS not_in_hist;


CREATE TEMPORARY TABLE vote_in_history

        (

```
        VOTER_ID varchar(9),

        ELECTION_DATE date

        );


CREATE TEMPORARY TABLE not_in_hist

        (

         VOTER_ID varchar(9)

        );


INSERT INTO vote_in_history

        (VOTER_ID, ELECTION_DATE)

SELECT voter_id, election_date

FROM ex_002_vote_hist_1212022_1354

WHERE election_date = '2022-11-08';


INSERT INTO not_in_hist

        (VOTER_ID)

SELECT voter_id FROM vote_in_history

EXCEPT

SELECT voter_id FROM ex_002_vote_hist_1172023

ORDER BY voter_id;                              -- 35,112 Votes deleted from Voter History in
2023


INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT          'USA-CO1-11-02-SUS-Master Scorecard Script.sql',

                'Votes deleted between History files',
```

```
                COUNT(*) AS no_voter_counts

FROM not_in_hist;


-- Write to suspect records from join (Voter Roll joined to History - all fields)

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file_only_vh_all();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO1_11_02_SUS()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                        voter_id, election_type, election_date, election_description,

                        voting_method, party, county_name)

        SELECT 'USA-CO1-11-02-SUS-Master Scorecard Script.sql',

                'Votes deleted between History files', 1,

                        h.voter_id, election_type, election_date, election_description,

                        voting_method, party, county_name

        FROM not_in_hist AS r

        JOIN ex_002_vote_hist_1212022_1354 AS h

        ON r.voter_id = h.voter_id

        WHERE h.election_date = '2022-11-08';

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO1_11_02_SUS();
```

```
COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
One\USA_CO1_11_02_SUS_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO1-11-03-SUS-Master Scorecard Script.sql*****************************************
-- Write to scorecard item file
DROP TABLE IF EXISTS vote_in_history;

DROP TABLE IF EXISTS add_to_hist;


CREATE TEMPORARY TABLE vote_in_history

        (

         VOTER_ID varchar(9),

         ELECTION_DATE date

        );


CREATE TEMPORARY TABLE add_to_hist

        (

         VOTER_ID varchar(9)

        );


INSERT INTO vote_in_history

        (VOTER_ID, ELECTION_DATE)

SELECT voter_id, election_date

FROM ex_002_vote_hist_1172023

WHERE election_date = '2022-11-08';


INSERT INTO add_to_hist
```

```
        (VOTER_ID)
SELECT voter_id FROM vote_in_history

EXCEPT

SELECT voter_id FROM ex_002_vote_hist_1212022_1354

ORDER BY voter_id;                          -- 279 Votes added to Voter History in 2023


INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)
SELECT        'USA-CO1-11-03-SUS-Master Scorecard Script.sql',

                'Votes added between History files',

                COUNT(*) AS no_voter_counts

FROM add_to_hist;


-- Write to suspect records from join (Voter Roll joined to History - all fields)

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file_only_vh_all();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO1_11_03_SUS()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                        voter_id, election_type, election_date, election_description,

                        voting_method, party, county_name)

        SELECT 'USA-CO1-11-03-SUS-Master Scorecard Script.sql',

                'Votes added to History files', 1,

                        h.voter_id, election_type, election_date, election_description,
```

```
                    voting_method, party, county_name

          FROM add_to_hist AS r

          JOIN ex_002_vote_hist_1172023 AS h

          ON r.voter_id = h.voter_id

          WHERE h.election_date = '2022-11-08';

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO1_11_03_SUS();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
One\USA_CO1_11_03_SUS_suspect_records.csv'

WITH (FORMAT CSV, HEADER);



--*************************************************************************

--*****     GROUP 2 Were the votes counted from eligable voters that voted?    *****

--*************************************************************************


/*

Master Voter History List Files - EX-002_vote_hist_1212022_1354 (See File List with dates/size)

The DVD was purchased from Elections Division, Office of the Colorado Secretary of State

This DVD contains multiple compressed files containing voter registration and voter vote history
information.

The individual files are not created in a specific order,
```

and provide information for active and inactive voters registered in Colorado.*/

-- NOT USED USA-CO2-01-01-DUP-Master Scorecard Script.sql
***********************************Not Used

-- voter registration records with different voter ID

-- Identical first name, last name, birth year, address having two voter IDs

-- 245 Records from co_vr_12_2022 (141 from co_vr_10_2022, 174 from co_vr_11_2022)

-- Laws Impacted:

/*HAVA Sec 303(a)(2)(B)(iii) "The list maintenance performed under subparagraph (A)

shall be conducted in a manner that ensures that duplicate names are eliminated

from the computerized list."*/

-- USA-CO2-01-02-DUP-Master Scorecard Script.sql

-- voter registration records same name and birth year with duplicate voter IDs

-- Identical first name, middle name, last name, suffix, birth year;

-- address/location different

-- 7,386 Records from co_vr_12_2022 (??? from co_vr_10_2022, ??? from co_vr_11_2022)

-- Laws Impacted:

-- USA-CO2-02-02-IDT-Master Scorecard Script.sql***************************************

-- Effective date before Registration date and voted in 2022-11-08 General Election

-- 4 Records from co_vr_12_2022 (??? from co_vr_10_2022, ??? from co_vr_11_2022)

-- Laws Impacted:

-- USA-CO2-03-01-IDT-Master Scorecard Script.sql***************************************

-- Voted before Registered

-- 0 Registrations voted having an 2022-11-08 Election date before there Registraton date

-- Laws Impacted:

-- NOT USED USA-CO2-04-01-IDT-Master Scorecard Script.sql
*************************************

-- 0 Records from co_vr_12_2022 4,183 Records(co_vr_10_2022 0 co_vr_11_2022 0 Records)

-- effective_date same as registration date and 'Inactive'

-- Laws Impacted:

-- NOT USED USA-CO2-04-02-IDT-Master Scorecard Script.sql
*************************************

--!!! Not on card as determined did not vote in 2022 General Election

-- USA-CO2-06-01-DOB-Master Scorecard Script.sql

-- Age discrepant Registrants that are older than 115 years

-- Records where Birth Years result in registrant being 115 or older

-- 20 Records from co_vr_12_2022 (19 from co_vr_10_2022, 19 from co_vr_11_2022)

-- Laws Impacted:

-- USA-CO2-09-01-RTD-Master Scorecard Script.sql*************************************

-- January 1st registration date years 1901-2022

-- 820 Records from co_vr_12_2022 (1,323 from co_vr_10_2022, 1,344 from co_vr_11_2022)

-- Laws Impacted:

-- USA-CO2-09-02-RTD-Master Scorecard Script.sql*************************************

-- Back dated registrations

-- 10 Records from co_vr_12_2022 (40,578 from co_vr_10_2022, 9,851 from co_vr_11_2022)

-- Laws Impacted:

-- USA-CO2-11-01-SUS-Master Scorecard Script.sql*************************************

-- Votes in Voter History not in Voter Roll

-- 63 Records of votes in 11-08-2022 General Election

-- from EX-002_vote_hist_1212022_1354

-- voter_id not in co_vr_12_2022 (or co_vr_10_2022, or co_vr_11_2022)

-- Laws Impacted:

-- USA-CO2-11-02-SUS-Master Scorecard Script.sql**************************************

-- Votes Deleted from Voter History between 12/1/2022 and 11/07/2023

-- 35,112 Vote Records deleted from 11-08-2022 General Election

-- In EX-002_vote_hist_1212022_1354 deleted in ex_002_vote_hist_1172023

-- Laws Impacted:

-- USA-CO2-11-03-SUS-Master Scorecard Script.sql**************************************

-- Votes Deleted from Voter History between 12/1/2022 and 11/07/2023

-- 279 Vote Records added to 11-08-2022 General Election

-- Not in EX-002_vote_hist_1212022_1354 added to ex_002_vote_hist_1172023

-- Laws Impacted:


-- Results are exported to these files:

-- colorado_scorecard_temp.csv

-- suspect_records_scorecard_temp to .csv for each line item query

/*


-- NOT USED USA-CO2-01-01-DUP-Master Scorecard Script.sql
*****************************************

-- Write to scorecard item file

DROP TABLE IF EXISTS record_temp; -- Drop before creating temp table

-- Line item results table for output

CREATE TEMPORARY TABLE record_temp

(scorecard_id varchar(100),

 data_element text,

 last_name text,

```
                first_name text,

                birth_year smallint,

                residential_address text,

                residential_city text,

                scorecard_counts bigint

                );

INSERT INTO record_temp AS b

        (scorecard_id, data_element,

        last_name, first_name, birth_year, residential_address, residential_city, scorecard_counts)

SELECT DISTINCT

                'USA-CO2-01-01-DUP-Master Scorecard Script.sql', 'Multiple voter records with
different voter ID',

                last_name, first_name, birth_year, residential_address, residential_city, COUNT(*)

        FROM co_vr_12_2022  --FROM co_vr_10_2022  --FROM co_vr_11_2022

        GROUP BY last_name, first_name, birth_year, residential_address, residential_city HAVING
COUNT (*) > 1

    ORDER BY COUNT (*) desc;

DROP TABLE IF EXISTS voter_id_record_temp; -- Drop before creating temp table

-- Line item results table for output

CREATE TEMPORARY TABLE voter_id_record_temp

        (

        voter_id varchar(9),

        registration_date date,

        last_name text,

        first_name text,

        birth_year smallint,

        residential_address text,

        residential_city text

        );
```

```
INSERT INTO voter_id_record_temp

            (VOTER_ID, LAST_NAME, FIRST_NAME, BIRTH_YEAR, RESIDENTIAL_ADDRESS,
RESIDENTIAL_CITY)

        SELECT VOTER_ID, LAST_NAME, FIRST_NAME, BIRTH_YEAR, RESIDENTIAL_ADDRESS,
RESIDENTIAL_CITY

        FROM co_vr_12_2022 AS vr  --FROM co_vr_10_2022 AS vr  --FROM co_vr_11_2022 AS vr

        JOIN record_temp

        USING (last_name, first_name, birth_year, residential_address, residential_city)

        ORDER BY vr.last_name ASC;

-- Write to scorecard item file

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT        'USA-CO2-01-01-DUP-Master Scorecard Script.sql',

            'Multiple voter records with different voter ID',

            COUNT(*) AS voted_counts

        FROM voter_id_record_temp AS v

        JOIN ex_002_vote_hist_1212022_1354 AS h

        ON v.voter_id = h.voter_id

        WHERE h.election_date = '2022-11-08';


-- Write to suspect records from join (Voter Roll joined to History - all fields)

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file_vh_all();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO2_01_01_DUP()

AS $$

BEGIN
```

```
INSERT INTO suspect_records_scorecard_temp

        (scorecard_id, data_element, scorecard_counts,

         VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

         STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

         STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

         RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

         EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

         PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

         MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

         MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

         STATE_SENATE, STATE_HOUSE, ID_REQUIRED,

            voter_hist_id, election_type, election_date, election_description,

            voting_method, vh_party, county_name)

    SELECT 'USA-CO2-01-01-DUP-Master Scorecard Script.sql',

            'Multiple voter records with different voter ID', 1, vr.*,

            h.voter_id, election_type, election_date, election_description,

            voting_method, h.party, county_name

    FROM voter_id_record_temp v

    JOIN co_vr_12_2022 vr

    ON v.voter_id = vr.voter_id

    JOIN ex_002_vote_hist_1212022_1354 AS h

    ON v.voter_id = h.voter_id

    WHERE h.election_date = '2022-11-08'

    ORDER BY v.last_name ASC, v.first_name ASC;
```

```
RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO2_01_01_DUP();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
Two\USA_CO2_01_01_DUP_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


*/


-- USA-CO2-01-02-DUP-Master Scorecard Script.sql*****************************************

DROP TABLE IF EXISTS votername_temp;  -- Drop before creating temp table

DROP TABLE IF EXISTS suspect_records_temp; -- Drop before creating temp table


CREATE TEMPORARY TABLE votername_temp

        (

        votername text,

        VOTER_ID  varchar(9),

        LAST_NAME text,

        FIRST_NAME text,

        MIDDLE_NAME text,

        NAME_SUFFIX text,

        REGISTRATION_DATE date,

        BIRTH_YEAR smallint
```

```
        );


--Records for line item results for outpu
CREATE TEMPORARY TABLE suspect_records_temp
        (
        scorecard_id varchar(100),
        data_element text,
        scorecard_counts bigint,
        copy_count bigint,
        votername text,
        VOTER_ID  varchar(9),
        LAST_NAME text,
        FIRST_NAME text,
        MIDDLE_NAME text,
        NAME_SUFFIX text,
        REGISTRATION_DATE date,
        BIRTH_YEAR smallint
         );


INSERT INTO votername_temp
SELECT
        CONCAT(Last_Name, First_Name, Middle_Name, Name_Suffix, CAST(Birth_Year AS
VARCHAR(4)))
        AS Votername, voter_id, last_name, first_name, middle_name, name_suffix,
                registration_date, birth_year
FROM co_vr_12_2022;
WITH CTE1 AS (
SELECT Votername, COUNT(*) AS VoterCount
FROM votername_temp
```

```
GROUP BY Votername

Having COUNT(*) > 1),


 CTE2 AS (SELECT b.voterCount, a.*

FROM votername_temp a

FULL OUTER JOIN CTE1 b

ON a.Votername = b.Votername

JOIN ex_002_vote_hist_1212022_1354 c

ON a.voter_id = c.voter_id

WHERE c.election_date = '11/8/2022'

AND b.Votername IS NOT NULL)

, CTE3 AS (SELECT Votername, COUNT(*) AS VoteCount

FROM CTE2

GROUP BY Votername)


INSERT INTO suspect_records_temp

        (

        scorecard_id,

        data_element,

        scorecard_counts,

        copy_count,

        votername,

        VOTER_ID,

        LAST_NAME,

        FIRST_NAME,

        MIDDLE_NAME,

        NAME_SUFFIX,

        REGISTRATION_DATE,

        BIRTH_YEAR
```

```
                )
SELECT 'USA-CO1-01-02-DUP-Master Scorecard Script.sql',
            'Multiple voter records same name with different location and voter ID',
                    b.VoteCount,
                    a.*
FROM CTE2 a
JOIN CTE3 b
ON a.Votername = b.Votername
ORDER BY a.VoterCount DESC, a.Votername ASC, a.registration_date DESC; -- 7,386


-- Write to scorecard item file
INSERT INTO colorado_scorecard_temp
        (scorecard_id,
        data_element,
        scorecard_counts)
SELECT          'USA-CO2-01-02-DUP-Master Scorecard Script.sql',
                'Multiple voter records same name with different location and voter ID',
                COUNT(*) AS multiple_counts
        FROM suspect_records_temp;


-- Write to suspect records from join (Voter Roll joined to History - all fields)
-- CALL to create scorecard suspect records file
CALL create_suspect_records_file_vh_all();
-- Procedure to write to scorecard suspect records file
CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO2_01_02_DUP()
AS $$
BEGIN
        INSERT INTO suspect_records_scorecard_temp
                (scorecard_id, data_element, scorecard_counts,
```

```
                    VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

                    STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

                    STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

                    RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

                    EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

                    PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

                    MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

                    MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

              STATE_SENATE, STATE_HOUSE, ID_REQUIRED,

                    voter_hist_id, election_type, election_date, election_description,

                    voting_method, vh_party, county_name)

       SELECT 'USA-CO2-01-02-DUP-Master Scorecard Script.sql',

                    'Multiple voter records same name with different location and voter ID', 1,
vr.*,

                    h.voter_id, election_type, election_date, election_description,

                    voting_method, h.party, county_name

       FROM suspect_records_temp s

       JOIN co_vr_12_2022 vr

       ON s.voter_id = vr.voter_id

       JOIN ex_002_vote_hist_1212022_1354 AS h

       ON s.voter_id = h.voter_id

       WHERE h.election_date = '2022-11-08'

       ORDER BY s.last_name ASC, s.first_name ASC;

RAISE NOTICE 'suspect_records_scorecard_temp written';
```

```
END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO2_01_02_DUP();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
Two\USA_CO2_01_02_DUP_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO2-02-02-IDT-Master Scorecard Script.sql******************************************

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT          'USA-CO2-02-02-IDT-Master Scorecard Script.sql',

                'Effective date before Registration date and voted',

                COUNT(*) AS voted_counts

FROM co_vr_12_2022 AS r  --FROM co_vr_10_2022 AS r          --FROM co_vr_11_2022 AS r

JOIN ex_002_vote_hist_1212022_1354 AS h

ON r.voter_id = h.voter_id

WHERE r.registration_date > r.effective_date

        AND h.election_date = '2022-11-08';


-- Write to suspect records from join (Voter Roll joined to History - all fields)

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file_vh_all();
```

```sql
-- Procedure to write to scorecard suspect records file
CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO2_02_02_DUP()
AS $$
BEGIN
        INSERT INTO suspect_records_scorecard_temp
                (scorecard_id, data_element, scorecard_counts,
                 VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,
                 STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,
                 STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,
                 RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,
                 EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,
                 PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,
                 MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,
                 MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,
                STATE_SENATE, STATE_HOUSE, ID_REQUIRED,
                        voter_hist_id, election_type, election_date, election_description,
                        voting_method, vh_party, county_name)
        SELECT 'USA-CO2-02-02-IDT-Master Scorecard Script.sql',
                'Effective date before Registration date and voted', 1, r.*,
                        h.voter_id, election_type, election_date, election_description,
                        voting_method, h.party, county_name
        FROM co_vr_12_2022 AS r  --FROM co_vr_10_2022 AS r        --FROM co_vr_11_2022 AS r
        JOIN ex_002_vote_hist_1212022_1354 AS h
        ON r.voter_id = h.voter_id
```

```
        WHERE r.registration_date > r.effective_date

        AND h.election_date = '2022-11-08';

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO2_02_02_DUP();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
Two\USA_CO2_02_02_DUP_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO2-03-01-IDT-Master Scorecard Script.sql*****************************************

DROP TABLE IF EXISTS election_temp;  -- Drop before creating temp table

-- Voters in either 2020-11-03 and 2022-11-08 elections table (negates non-vote)

CREATE TEMPORARY TABLE election_temp

        (

        voter_id varchar(9),

        registration_date date,

        maxdate date,

        mindate date,

        voter_name text

        );


/*********************************************************

Voted prior to Registration Date
```

Registration with some votes prior to registration date and

some on or after the registration date

```
************************************************************/
WITH CTE1 AS (SELECT a.voter_id,

MAX(b.election_date) AS MaxDate,

MIN(b.election_date) AS MinDate,

COUNT(b.election_date) AS VoteCount

                        --FROM co_vr_10_2022 AS a

                        --FROM co_vr_11_2022 AS a

                        FROM co_vr_12_2022 AS a

JOIN ex_002_vote_hist_1212022_1354 AS b

ON b.voter_id = a.voter_id

GROUP BY a.voter_id),

CTE2 AS (

SELECT c.MaxDate,

c.MinDate,

d.*

FROM CTE1 AS c

JOIN co_vr_12_2022 AS d        --JOIN co_vr_10_2022 AS d  --JOIN co_vr_11_2022 AS d

ON c.voter_id = d.voter_id)

INSERT INTO election_temp (voter_id, registration_date, MaxDate, MinDate, voter_name)

SELECT voter_id, registration_date, MaxDate, MinDate, voter_name

FROM CTE2

WHERE MinDate < registration_date

AND (MaxDate > registration_date

OR MaxDate = registration_date);


DROP TABLE IF EXISTS vote_temp;  -- Drop before creating temp table

-- Voters in either 2020-11-03 and 2022-11-08 elections table (negates non-vote)
```

```
CREATE TEMPORARY TABLE vote_temp

        (

        voter_id varchar(9),

        election_date date,

        mindate date,

        election_description text,

        registration_date date,

        voter_name text

        );


INSERT INTO vote_temp (voter_id, election_date, mindate, election_description, registration_date,
voter_name)

SELECT e.voter_id, b.election_date, e.mindate, b.election_description, e.registration_date,
e.voter_name

FROM election_temp AS e

JOIN ex_002_vote_hist_1212022_1354 AS b

ON e.voter_id = b.voter_id

WHERE b.election_date = '2022-11-08'

        AND e.registration_date < '11/09/2022'

        AND e.registration_date > '06/30/2022';

        --AND b.ElectionDate = '11/08/2022';  --IL 151,318;

--      AND e.registration_date > '2022-11-08';

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT 'USA-CO2-03-01-IDT-Master Scorecard Script.sql',

         'Voted before Registration Date',

                COUNT(*) AS vote_before_counts
```

```
FROM vote_temp;


        --SELECT * FROM election_temp; -- 1068177

        --SELECT * FROM vote_temp;   -- 808,941 -- 58,324 Primary to Election

        --SELECT * FROM ex_002_vote_hist_1212022_1354 FETCH FIRST 1000 ROW ONLY; --
Primary 2022-06-30


-- Write to suspect records from join (Voter Roll and History First and Last Dates)

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file_vh();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO2_03_01_IDT()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                 VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

                 STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

                 STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

                 RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

                 EFFECTIVE_DATE, REGISTRATION_DATE, first_vote_date, last_vote_date, STATUS,
STATUS_REASON, BIRTH_YEAR, GENDER,

                 PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

                 MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

                 MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,
```

```
                    STATE_SENATE, STATE_HOUSE, ID_REQUIRED)
            SELECT 'USA-CO2-03-01-IDT-Master Scorecard Script.sql',
                'Voted before Registration Date', 1, r.VOTER_ID, COUNTY_CODE, COUNTY,
                    LAST_NAME, FIRST_NAME, MIDDLE_NAME, NAME_SUFFIX, r.VOTER_NAME,
                    STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,
                    STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,
                    RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,
                    EFFECTIVE_DATE, r.REGISTRATION_DATE, e.mindate, e.maxdate, STATUS,
STATUS_REASON, BIRTH_YEAR, GENDER,
                    PRECINCT, SPLIT, VOTER_STATUS_ID, r.PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,
                    MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,
                    MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,
                    STATE_SENATE, STATE_HOUSE, ID_REQUIRED
                    --FROM co_vr_10_2022 r JOIN election_temp e
                    --FROM co_vr_11_2022 r JOIN election_temp e
            FROM co_vr_12_2022 r JOIN vote_temp v
            ON r.voter_id = v.voter_id
            JOIN election_temp e
            ON v.voter_id = e.voter_id
            ORDER BY v.voter_id ASC;
    RAISE NOTICE 'suspect_records_scorecard_temp written';
    END;
    $$
    LANGUAGE plpgsql;
```

```
-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO2_03_01_IDT();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
Two\USA_CO2_03_01_IDT_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO2-04-01-IDT-Master Scorecard Script.sql ****************************************

        -- ***** NO Records - not on scorecard *****

-- Write to scorecard item file

/*

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT          'USA-CO2-04-01-IDT-Master Scorecard Script.sql',

                'effective_date same as registration date and Inactive',

                COUNT(*) AS voted_counts

FROM co_vr_12_2022 AS r  --FROM co_vr_10_2022 AS r  --FROM co_vr_11_2022 AS r

JOIN ex_002_vote_hist_1212022_1354 AS h

ON r.voter_id = h.voter_id

WHERE r.registration_date = r.effective_date

        AND r.status_code = 'I'

        AND h.election_date = '2022-11-08';                -- 0 Records

*/


-- USA-CO2-04-02-IDT-Master Scorecard Script.sql ****************************************
```

--!!! ***** Not on card as known did not vote in 2022 General Election *****

-- USA-CO2-06-01-DOB-Master Scorecard Script.sql ****************************************

-- Write to scorecard item file

```
INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT          'USA-CO2-06-01-DOB-Master Scorecard Script.sql',

                'Age discrepant Registrants that are older than 115 years',

                COUNT(*) AS voted_counts

FROM co_vr_12_2022 AS r  --FROM co_vr_10_2022 AS r  --FROM co_vr_11_2022 AS r

JOIN ex_002_vote_hist_1212022_1354 AS h

on r.voter_id = h.voter_id

WHERE CAST(r.birth_year AS integer) < 1918

        AND h.election_date = '2022-11-08';
```

-- Write to suspect records from join (Voter Roll joined to History - all fields)

-- CALL to create scorecard suspect records file

```
CALL create_suspect_records_file_vh_all();
```

-- Procedure to write to scorecard suspect records file

```
CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO2_06_01_DOB()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                 VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,
```

```
                STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

                STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

                RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

                EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

                PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

                MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

                MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

                STATE_SENATE, STATE_HOUSE, ID_REQUIRED,

                    voter_hist_id, election_type, election_date, election_description,

                    voting_method, vh_party, county_name)

        SELECT 'USA-CO2-06-01-DOB-Master Scorecard Script.sql',

             'Age discrepant Registrants that are older than 115 years', 1, r.*,

                h.voter_id, election_type, election_date, election_description,

                voting_method, h.party, county_name

        FROM co_vr_12_2022 AS r  --FROM co_vr_10_2022 AS r  --FROM co_vr_11_2022 AS r

        JOIN ex_002_vote_hist_1212022_1354 AS h

        ON r.voter_id = h.voter_id

        WHERE CAST(r.birth_year AS integer) < 1918

                AND h.election_date = '2022-11-08';

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;
```

```sql
-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO2_06_01_DOB();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
Two\USA_CO2_06_01_DOB_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO2-09-01-RTD-Master Scorecard Script.sql *****************************************

-- Write to scorecard item file

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT        'USA-CO2-09-01-RTD-Master Scorecard Script.sql',

                'January 1st registration date years 1901-2022',

                COUNT(*) AS voted_counts

FROM co_vr_12_2022 AS r  --FROM co_vr_10_2022 AS r  --FROM co_vr_11_2022 AS r

JOIN ex_002_vote_hist_1212022_1354 AS h

ON r.voter_id = h.voter_id

WHERE DATE_PART ('month', r.registration_date) = 1

        AND DATE_PART ('day', r.registration_date) = 1

        AND r.registration_date > '1900-01-01'

        AND r.registration_date <= '2022-01-01'

        AND h.election_date = '2022-11-08';                        -- 820 Records


-- Write to suspect records from join (Voter Roll joined to History - all fields)

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file_vh_all();
```

```
-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO2_09_01_DOB()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                 VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

                 STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

                 STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

                 RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

                 EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

                 PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

                 MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

                 MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

                STATE_SENATE, STATE_HOUSE, ID_REQUIRED,

                        voter_hist_id, election_type, election_date, election_description,

                        voting_method, vh_party, county_name)

        SELECT 'USA-CO2-09-01-RTD-Master Scorecard Script.sql',

                'January 1st registration date years 1901-2022', 1, r.*,

                        h.voter_id, election_type, election_date, election_description,

                        voting_method, h.party, county_name

        FROM co_vr_12_2022 AS r  --FROM co_vr_10_2022 AS r  --FROM co_vr_11_2022 AS r

        JOIN ex_002_vote_hist_1212022_1354 AS h

        ON r.voter_id = h.voter_id
```

```
            WHERE DATE_PART ('month', r.registration_date) = 1

                    AND DATE_PART ('day', r.registration_date) = 1

                    AND r.registration_date > '1900-01-01'

                    AND r.registration_date <= '2022-01-01'

                    AND h.election_date = '2022-11-08';

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO2_09_01_DOB();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
Two\USA_CO2_09_01_DOB_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO2-09-02-RTD-Master Scorecard Script.sql ***************************************

-- Write to scorecard item file

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT          'USA-CO2-09-02-RTD-Master Scorecard Script.sql',

                'Back dated registrations',

                COUNT(*) AS backdated_counts

FROM co_vr_09_2023 a
```

```
FULL OUTER JOIN co_vr_12_2022 b  --FULL OUTER JOIN co_vr_10_2022 b --FULL OUTER JOIN
co_vr_11_2022 b

ON b.voter_id = a.voter_id

JOIN ex_002_vote_hist_1212022_1354 c

ON c.voter_id = a.voter_id

WHERE b.voter_id is NULL

--AND a.Registration_Date < '2022-11-02' --(2022 10 and 2022 11)

        AND a.Registration_Date < '2022-11-09'  --(2022 12)

        AND c.Election_Date = '2022-11-08';


DROP TABLE IF EXISTS back_date_temp;

CREATE TEMPORARY TABLE back_date_temp

        (

         VOTER_ID varchar(9)

        );

INSERT INTO back_date_temp

        (VOTER_ID)

SELECT          a.voter_id

FROM co_vr_09_2023 a

FULL OUTER JOIN co_vr_12_2022 b  --FULL OUTER JOIN co_vr_10_2022 b --FULL OUTER JOIN
co_vr_11_2022 b

ON b.voter_id = a.voter_id

JOIN ex_002_vote_hist_1212022_1354 c

ON c.voter_id = a.voter_id

WHERE b.voter_id is NULL

--AND a.Registration_Date < '2022-11-02' --(2022 10 and 2022 11)

        AND a.Registration_Date < '2022-11-09'  --(2022 12)

        AND c.Election_Date = '2022-11-08';
```

```
-- Write to suspect records from join (Voter Roll joined to History - all fields)

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file_avr_vh_all();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO2_09_02_RTD()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                 VOTER_ID, COUNTY_CODE, COUNTY, LAST_NAME, FIRST_NAME, MIDDLE_NAME,
NAME_SUFFIX, VOTER_NAME,

                 STATUS_CODE, PRECINCT_NAME, ADDRESS_LIBRARY_ID, HOUSE_NUM,
HOUSE_SUFFIX, PRE_DIR,

                 STREET_NAME, STREET_TYPE, POST_DIR, UNIT_TYPE, UNIT_NUM,
RESIDENTIAL_ADDRESS,

                 RESIDENTIAL_CITY, RESIDENTIAL_STATE, RESIDENTIAL_ZIP_CODE,
RESIDENTIAL_ZIP_PLUS,

                 EFFECTIVE_DATE, REGISTRATION_DATE, STATUS, STATUS_REASON, BIRTH_YEAR,
GENDER,

                 PRECINCT, SPLIT, VOTER_STATUS_ID, PARTY, PREFERENCE,
PARTY_AFFILIATION_DATE, PHONE_NUM,

                 MAIL_ADDR_1, MAIL_ADDR_2, MAIL_ADDR_3, MAILING_CITY, MAILING_STATE,
MAILING_ZIP_CODE,

                 MAILING_ZIP_PLUS, MAILING_COUNTRY, SPL_ID, PERMANENT_MAIL_IN_VOTER,
CONGRESSIONAL,

                STATE_SENATE, STATE_HOUSE, ID_REQUIRED, avr,

                        voter_hist_id, election_type, election_date, election_description,

                        voting_method, vh_party, county_name)

        SELECT 'USA-CO2-09-02-RTD-Master Scorecard Script.sql',

                'Back dated registrations', 1, a.*,

                c.voter_id, c.election_type, c.election_date, c.election_description,

                        c.voting_method, c.party, c.county_name
```

```sql
        FROM co_vr_09_2023 a

        JOIN back_date_temp b

        ON a.voter_id = b.voter_id

        JOIN ex_002_vote_hist_1212022_1354 c

        ON b.voter_id = c.voter_id

        WHERE c.Election_Date = '2022-11-08';

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO2_09_02_RTD();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
Two\USA_CO2_09_02_RTD_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO2-11-01-SUS-Master Scorecard Script.sql *****************************************

-- Write to scorecard item file

DROP TABLE IF EXISTS vote_in_history;

DROP TABLE IF EXISTS not_in_roll;

CREATE TEMPORARY TABLE vote_in_history

        (

         VOTER_ID varchar(9),

         ELECTION_DATE date

        );
```

```sql
CREATE TEMPORARY TABLE not_in_roll

        (

         VOTER_ID varchar(9)

        );


INSERT INTO vote_in_history

        (VOTER_ID, ELECTION_DATE)

SELECT voter_id, election_date

FROM ex_002_vote_hist_1212022_1354

WHERE election_date = '2022-11-08';


INSERT INTO not_in_roll

        (VOTER_ID)

SELECT voter_id FROM vote_in_history

EXCEPT

SELECT voter_id FROM co_vr_12_2022

ORDER BY voter_id;                         -- 63 Votes with voters not in Voter Roll


INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT          'USA-CO2-11-01-SUS-Master Scorecard Script.sql',

                'Votes in History without voters not in Voter Roll',

                COUNT(*) AS no_voter_counts

FROM not_in_roll;


-- Write to suspect records from join (Voter Roll joined to History - all fields)

-- CALL to create scorecard suspect records file
```

```
CALL create_suspect_records_file_only_vh_all();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO2_11_01_SUS()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                        voter_id, election_type, election_date, election_description,

                        voting_method, party, county_name)

        SELECT 'USA-CO2-11-01-SUS-Master Scorecard Script.sql',

                'Votes in History without voters not in Voter Roll', 1,

                        h.voter_id, election_type, election_date, election_description,

                        voting_method, party, county_name

        FROM not_in_roll AS r

        JOIN ex_002_vote_hist_1212022_1354 AS h

        ON r.voter_id = h.voter_id

        WHERE h.election_date = '2022-11-08';

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO2_11_01_SUS();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
Two\USA_CO2_11_01_SUS_suspect_records.csv'

WITH (FORMAT CSV, HEADER);
```

```sql
-- USA-CO2-11-02-SUS-Master Scorecard Script.sql*****************************************
-- Write to scorecard item file
DROP TABLE IF EXISTS vote_in_history;
DROP TABLE IF EXISTS not_in_hist;


CREATE TEMPORARY TABLE vote_in_history
        (
         VOTER_ID varchar(9),
         ELECTION_DATE date
        );


CREATE TEMPORARY TABLE not_in_hist
        (
         VOTER_ID varchar(9)
        );


INSERT INTO vote_in_history
        (VOTER_ID, ELECTION_DATE)
SELECT voter_id, election_date
FROM ex_002_vote_hist_1212022_1354
WHERE election_date = '2022-11-08';


INSERT INTO not_in_hist
        (VOTER_ID)
SELECT voter_id FROM vote_in_history
EXCEPT
SELECT voter_id FROM ex_002_vote_hist_1172023
```

```sql
ORDER BY voter_id;                              -- 35,112 Votes deleted from Voter History in
2023


INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)
SELECT        'USA-CO2-11-02-SUS-Master Scorecard Script.sql',

                'Votes deleted between History files',

                COUNT(*) AS no_voter_counts

FROM not_in_hist;


-- Write to suspect records from join (Voter Roll joined to History - all fields)

-- CALL to create scorecard suspect records file

CALL create_suspect_records_file_only_vh_all();

-- Procedure to write to scorecard suspect records file

CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO2_11_02_SUS()

AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                        voter_id, election_type, election_date, election_description,

                        voting_method, party, county_name)

        SELECT 'USA-CO2-11-02-SUS-Master Scorecard Script.sql',

                'Votes deleted between History files', 1,

                        h.voter_id, election_type, election_date, election_description,

                        voting_method, party, county_name

        FROM not_in_hist AS r

        JOIN ex_002_vote_hist_1212022_1354 AS h
```

```
        ON r.voter_id = h.voter_id

        WHERE h.election_date = '2022-11-08';

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO2_11_02_SUS();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
Two\USA_CO2_11_02_SUS_suspect_records.csv'

WITH (FORMAT CSV, HEADER);


-- USA-CO2-11-03-SUS-Master Scorecard Script.sql*****************************************

-- Write to scorecard item file

DROP TABLE IF EXISTS vote_in_history;

DROP TABLE IF EXISTS add_to_hist;


CREATE TEMPORARY TABLE vote_in_history

        (

        VOTER_ID varchar(9),

        ELECTION_DATE date

        );


CREATE TEMPORARY TABLE add_to_hist

        (

        VOTER_ID varchar(9)
```

```
                    );

INSERT INTO vote_in_history
        (VOTER_ID, ELECTION_DATE)
SELECT voter_id, election_date
FROM ex_002_vote_hist_1172023
WHERE election_date = '2022-11-08';


INSERT INTO add_to_hist
        (VOTER_ID)
SELECT voter_id FROM vote_in_history
EXCEPT
SELECT voter_id FROM ex_002_vote_hist_1212022_1354
ORDER BY voter_id;                          -- 279 Votes added to Voter History in 2023


INSERT INTO colorado_scorecard_temp
        (scorecard_id,
        data_element,
        scorecard_counts)
SELECT        'USA-CO2-11-03-SUS-Master Scorecard Script.sql',
              'Votes added between History files',
              COUNT(*) AS no_voter_counts
FROM add_to_hist;


-- Write to suspect records from join (Voter Roll joined to History - all fields)
-- CALL to create scorecard suspect records file
CALL create_suspect_records_file_only_vh_all();
-- Procedure to write to scorecard suspect records file
CREATE OR REPLACE PROCEDURE write_suspect_records_file_USA_CO2_11_03_SUS()
```

```
AS $$

BEGIN

        INSERT INTO suspect_records_scorecard_temp

                (scorecard_id, data_element, scorecard_counts,

                        voter_id, election_type, election_date, election_description,

                        voting_method, party, county_name)

        SELECT 'USA-CO2-11-03-SUS-Master Scorecard Script.sql',

                'Votes added to History files', 1,

                        h.voter_id, election_type, election_date, election_description,

                        voting_method, party, county_name

        FROM add_to_hist AS r

        JOIN ex_002_vote_hist_1172023 AS h

        ON r.voter_id = h.voter_id

        WHERE h.election_date = '2022-11-08';

RAISE NOTICE 'suspect_records_scorecard_temp written';

END;

$$

LANGUAGE plpgsql;


-- CALL to write to scorecard suspect records file

CALL write_suspect_records_file_USA_CO2_11_03_SUS();


COPY suspect_records_scorecard_temp

TO 'C:\Users\Public\Downloads\Suspect Records Group
Two\USA_CO2_11_03_SUS_suspect_records.csv'

WITH (FORMAT CSV, HEADER);



--*******************************************************************************
```

--*****   GROUP 3 Number of votes counted equal to number of voters that voted?   *****

--*************************************************************************************

-- 2,529,607 votes cast in Colorado Statewide voter history files for 2022 General Election 11/08/2022


    -- USA-CO3-01-01-OFC-Master Scorecard Script.sql

    -- Colorado Secretary of State Bipartisan Election Advisory Commission- Number of Votes Counted

        -- 2,564,519 Colorado Secretary of State Bipartisan Election Advisory Commission

    -- NOT USED USA-CO3-01-02-OFC-Master Scorecard Script.sql

    -- Ballots Returned Colorado Secretary of State CE-068c Data File

        -- ??? Ballots Returned

    -- USA-CO3-01-03-OFC-Master Scorecard Script.sql

    -- Ballots Rejected Colorado Secretary of State CE-077 Data File

        -- 21,295 Ballots Rejected

    -- USA-CO3-02-01-RAW-Master Scorecard Script.sql

    -- Colorado Secretary of State Voter History - Official Vote Results Number Voters Who Voted

        -- 2,529,607 votes cast

    -- USA-CO3-02-02-RAW-Master Scorecard Script.sql

    -- Ballots Issued Colorado Secretary of State CE-068 Data File - Registrants with Mailed Ballots

        -- 3,728,208 Mailed Ballots      (25 dup records + 3,728,183)

    -- USA-CO3-02-03-RAW-Master Scorecard Script.sql

    -- Ballots not Returned Colorado Secretary of State CE-068 Data File - Mail Ballot not Received Back

        -- 9 dup records + 1,294,471 votes returned by mail

    -- USA-CO3-02-04-RAW-Master Scorecard Script.sql

    -- Ballots not Returned Colorado Secretary of State CE-068 Data File - In-Person Ballot Issued and Cast in lieu of Mail Ballot

        -- 0 dup records + 119,659 votes cast in-person

-- USA-CO3-02-05-RAW-Master Scorecard Script.sql

-- Ballots Rejected Colorado Secretary of State CE-077   Data File - Ballots Rejected

-- 21,295 Ballots Rejected

-- USA-CO3-02-06-RAW-Master Scorecard Script.sql

-- Approximation of Confidential Registrant Ballots

-- Allowance for confidential votes cast - 13,000

-- USA-CO3-03-01-OFC-Master Scorecard Script.sql

-- Number of votes counted in History file compared to voters who voted per SOS Biparisan Report

-- Formula on Scorecard determines Delta Tally - 21,912

-- USA-CO3-03-02-OFC-Master Scorecard Script.sql

-- Number of votes counted in History file compared to voters who voted SOS ce068 & ce077

-- Formula on Scorecard determines Delta Tally - 19,427


-- Results are exported to these files:

-- colorado_scorecard_temp.csv


```
--***** USA-CO3-01-01-OFC-Master Scorecard Script.sql *********************************
INSERT INTO colorado_scorecard_temp
        (scorecard_id,
        data_element,
        scorecard_counts)
SELECT 'USA-CO3-01-01-OFC-Master Scorecard Script.sql',
                'Colorado Secretary of State Bipartisan Election Advisory Commission- Number of
Votes Counted',
                2564519 AS votes_counted;


--***** NOT USED USA-CO3-01-02-OFC-Master Scorecard Script.sql
***********************************
```

```
/*
INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT 'USA-CO3-01-02-OFC-Master Scorecard Script.sql',

                'Ballots Returned Colorado Secretary of State CE-068c Data File',

                2564519 AS votes_counted;

*/


--***** USA-CO3-01-03-OFC-Master Scorecard Script.sql ********************************
INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT 'USA-CO3-01-03-OFC-Master Scorecard Script.sql',

                'Ballots Rejected Colorado Secretary of State CE-077 Data File',

                COUNT(*) AS rejected_ballots

FROM ce077_rejected_ballots_2022_ge;


--***** USA-CO3-02-01-RAW-Master Scorecard Script.sql**********************************
INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT 'USA-CO3-02-01-RAW-Master Scorecard Script.sql',

                'Colorado SOS Voter History - Results Number Voters Who Voted',

                COUNT(*) AS voter_history_counts

FROM EX_002_Vote_Hist_1212022_1354
```

```
WHERE election_date = '2022-11-08';


--***** USA-CO3-02-02-RAW-Master Scorecard Script.sql*********************************
--SELECT COUNT(*) FROM ce068_voter_ballots_2022_ge_dup)--Plus 25 Duplicate
INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)
SELECT 'USA-CO3-02-02-RAW-Master Scorecard Script.sql',

                'Ballots Issued Colorado SOS CE-068 Data File - Registrants with Mailed Ballots',

                25 + COUNT(*) AS ce068_counts FROM ce068_voter_ballots_2022_ge;

    --25 dup records + 3,728,183;


--***** USA-CO3-02-03-RAW-Master Scorecard Script.sql*********************************
--SELECT * FROM ce068_voter_ballots_2022_ge_dup WHERE mail_ballot_receive_date IS NULL -- 9
Duplicates
INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)
SELECT 'USA-CO3-02-03-RAW-Master Scorecard Script.sql',

                'Colorado SOS CE-068 Data File - Mail Ballot not Received Back',

                9 + COUNT(*) AS ce068_not_received_counts

                    FROM ce068_voter_ballots_2022_ge

                    WHERE mail_ballot_receive_date IS NULL;

    --9 dup records + 1,294,471


--***** USA-CO3-02-04-RAW-Master Scorecard Script.sql*********************************
```

```
-- SELECT * FROM ce068_voter_ballots_2022_ge_dup WHERE in_person_vote_date IS NOT NULL --
0 Records

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT 'USA-CO3-02-04-RAW-Master Scorecard Script.sql',

                'Colorado SOS CE-068 Data File - In-Person Ballot Issued and Cast',

                0 + COUNT(*) AS ce068_in_person_counts

                    FROM ce068_voter_ballots_2022_ge

                    WHERE in_person_vote_date IS NOT NULL;

    --0 dup records + 119,659


--***** USA-CO3-02-05-RAW-Master Scorecard Script.sql*********************************

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT 'USA-CO3-02-05-RAW-Master Scorecard Script.sql',

                'Ballots Rejected Colorado Secretary of State CE-077',

                -1 * COUNT(*) AS rejected_ballots_counts

FROM ce077_rejected_ballots_2022_ge;          -- 21,295 Ballots Rejected


--SELECT * FROM colorado_scorecard_temp

--***** USA-CO3-02-06-RAW-Master Scorecard Script.sql*********************************

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)
```

```
SELECT 'USA-CO3-02-06-RAW-Master Scorecard Script.sql',

                 'Approximation of Confidential Registrant Ballots',

                 13000 AS confidential_votes_counted;          -- 13,000 Allowance for Confidential


/*--***** NOT USED USA-CO3-03-01-OFC-Master Scorecard
Script.sql********************************

NSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT 'USA-CO3-03-01-OFC-Master Scorecard Script.sql',

                 'Number of votes counted compared to voters who voted SOS Biparisan Report',

                 2564519 - COUNT(*) AS voter_delta_counts

FROM EX_002_Vote_Hist_1212022_1354

WHERE election_date = '2022-11-08';

*/

/*

--***** NOT USED USA-CO3-03-02-OFC-Master Scorecard
Script.sql********************************

INSERT INTO colorado_scorecard_temp

        (scorecard_id,

        data_element,

        scorecard_counts)

SELECT 'USA-CO3-03-02-OFC-Master Scorecard Script.sql',

                 'Number of votes counted compared to voters who voted SOS ce068 & ce077',

                 2564519 - COUNT(*) AS voter_delta_counts

FROM EX_002_Vote_Hist_1212022_1354

WHERE election_date = '2022-11-08';

*/
```

```
--*************************************************************************
--*****              Housekeeping and Output           *****
--*************************************************************************


--***** Export Scorecard Results ****************************************
-- Export to Scorecards item file
COPY colorado_scorecard_temp
TO 'C:\Users\Public\Downloads\scorecard_results.csv'
WITH (FORMAT CSV, HEADER);



--*************************************************************************
--*****                Processing is Complete          *****
--*************************************************************************
```