IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:24-cv-02499-SBP**

UNITED SOVEREIGN AMERICANS, INC.; RAMEY JOHNSON; and MICHAEL CAHOON
*Petitioners,*

v.

THE STATE OF COLORADO; COLORADO SECRETARY OF STATE JENNA GRISWOLD, IN HER OFFICIAL CAPACITY; THE COLORADO OFFICE OF THE SECRETARY OF STATE; PHIL WEISER, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF COLORADO; COLORADO OFFICE OF ATTORNEY GENERAL; MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; and THE UNITED STATES DEPARTMENT OF JUSTICE

*Respondents.*

---

### NOTICE TO WITHDRAW ECF NO. 4 AND 5

---

Plaintiffs United Sovereign Americans, Inc., Ramey Johnson, and Michael Cahoon, through undersigned counsel, hereby withdraw ECF No. 4 & 5, respectively titled "SUMMONS Returned Executed by All Plaintiffs. Jenna Griswold served on 9/13, answer due 10/4/2024" and "SUMMONS Returned Executed by All Plaintiffs. Phil Weiser served on 9/13/2024, answer due 10/4/2024." Service of process was effected with an insufficient Summons. Plaintiffs will endeavor to obtain service with a Summons once issued by the clerk of court and will re-file once service has been completed.

Respectfully Submitted,

**Campbell Killin Brittan & Ray**

Date: October 3, 2024            By:  */s/ John S. Zakhem*
                                      John S. Zakhem
                                      Andrew C. Nickel

Attorney for Petitioners
270 Saint Paul Street
Suite 200
Denver, CO 80206
Main: (303) 322-3400
Fax: (303) 322-5800
Email: jzakhem@ckbrlaw.com;
anickel@ckbrlaw.com

4854-5780-8876, v. 1