AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC.; RAMEY JOHNSON; and MICHAEL CAHOON<br><br>*Plaintiff(s)*<br>v.<br>COLORADO SECRETARY OF STATE JENNA GRISWOLD; ATTORNEY GENERAL OF COLORADO, PHIL WEISER; MERRICK GARLAND, US ATTORNEY GENERAL; US DEPT. OF JUSTICE<br>*Defendant(s)* | Civil Action No. 1:24-cv-02499-SBP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JENNA GRISWOLD, IN HER OFFICIAL CAPACITY AS COLORADO SECRETARY OF STATE OF COLORADO: 1700 BROADWAY, SUITE 550, DENVER CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> CAMPBELL KILLIN BRITTAN & RAY
> JOHN ZAKEHM
> ANDY NICKEL
> 270 SAINT PAUL STREET, SUITE 200
> DENVER CO 80206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/04/2024

s/ A. Garcia Garcia
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02499-SBP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC.; RAMEY JOHNSON; and MICHAEL CAHOON<br><br>*Plaintiff(s)*<br><br>v.<br><br>COLORADO SECRETARY OF STATE JENNA GRISWOLD; ATTORNEY GENERAL OF COLORADO, PHIL WEISER; MERRICK GARLAND, US ATTORNEY GENERAL; US DEPT. OF JUSTICE<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-02499-SBP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PHIL WEISER, IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF COLORADO: 1700 LINCOLN STREET, DENVER CO 80203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CAMPBELL KILLIN BRITTAN & RAY
JOHN ZAKEHM
ANDY NICKEL
270 SAINT PAUL STREET, SUITE 200
DENVER CO 80206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/04/2024

s/ A. Garcia Garcia
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02499-SBP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC.; RAMEY JOHNSON; and MICHAEL CAHOON<br><br>*Plaintiff(s)*<br><br>v.<br><br>COLORADO SECRETARY OF STATE JENNA GRISWOLD; ATTORNEY GENERAL OF COLORADO, PHIL WEISER; MERRICK GARLAND, US ATTORNEY GENERAL; US DEPT. OF JUSTICE<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-02499-SBP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MERRICK GARLAND, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; US DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE NW, WASHINGTON DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  CAMPBELL KILLIN BRITTAN & RAY
  JOHN ZAKEHM
  ANDY NICKEL
  270 SAINT PAUL STREET, SUITE 200
  DENVER CO 80206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/04/2024

s/ A. Garcia Garcia
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02499-SBP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
 designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____
                                                                  _____
                                                                  *Server's signature*

                                                                  _____
                                                                  *Printed name and title*


                                                                  _____
                                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| UNITED SOVEREIGN AMERICANS, INC.; RAMEY JOHNSON; and MICHAEL CAHOON<br><br>*Plaintiff(s)*<br><br>v.<br><br>COLORADO SECRETARY OF STATE JENNA GRISWOLD; ATTORNEY GENERAL OF COLORADO, PHIL WEISER; MERRICK GARLAND, US ATTORNEY GENERAL; US DEPT. OF JUSTICE<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-02499-SBP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE UNITED STATES DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE NW, WASHINGTON DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CAMPBELL KILLIN BRITTAN & RAY
JOHN ZAKEHM
ANDY NICKEL
270 SAINT PAUL STREET, SUITE 200
DENVER CO 80206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/04/2024                                       s/ A. Garcia Garcia
                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02499-SBP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: